# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

---

**Cheryl Dicob, et al**

    vs.

**JP Morgan Chase Bank, et al**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   7:05-CV-871

    ____  **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    **X**   **DECISION BY COURT.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PLAINTIFFS' ACTION IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED ON NOVEMBER 10, 2005 AND WITH THE ENDORSED ORDER FILED DECEMBER 8, 2005.

Dated:  January 4, 2006

*[signature]*
Clerk of Court

s/S. Potter
By:  Deputy Clerk